**No. 53389.**—Bloomingdale Bros., Inc., et al. *v.* United States, protests 136684–K, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.